IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CARLA BLAKE                                                                PLAINTIFF

VERSUS                                                          NO. 1:17CV89-SA-DAS

DON LAMBERT, In His Individual Capacity,
AND PRENTISS COUNTY                                            DEFENDANTS

RESPONSE IN OPPOSITION TO MOTION TO DISMISS

COMES NOW the Plaintiff, Carla Blake, by and through counsel of record, and files her Response in Opposition to Motion to Dismiss. Ms. Blake shows the Court as follows:

Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed R. Civ. P 56 the Defendant Lambert's Motion to Dismiss must be overruled based on the sufficiency of the pleadings in stating a plausible claim for relief and due to the presence of disputed genuine issues of material fact regarding the violation of Ms. Blake's right to be free from false arrest and detention based on the initiation of a baseless prosecution.

In support of this response, Ms. Blake relies on her Memorandum in Opposition to Motion to Dismiss, and the following evidentiary materials which are referenced in and integral to her complaint:

1. General Affidavit signed by Don Lambert, attached hereto as Exhibit "A,"

2. Justice Court Warrant for the arrest of Carla Blake, attached hereto as Exhibit "B,"

3. Affiant / Victim's Request to Drop Charges signed by Don Lambert, attached hereto as Exhibit "C,"

4. Declaration of Josh Aldridge, attached hereto as Exhibit "D,"

WHEREFORE, PREMISES CONSIDERED, Ms. Blake respectfully requests that the Court overrule the Defendant Lambert's Motion to Dismiss and allow this matter to proceed to discovery and ultimately trial.

Respectfully submitted, this the 10th day of October, 2017.

/s/ Victor Israel Fleitas

VICTOR I. FLEITAS
MS BAR NO. 10259

Andrew W. Stuart, II, Esq.
Attorney at Law
204 North Spring Street
Tupelo, Mississippi 38804
(662) 840-4911 / Phone
(662) 840-4912 / Facsimile
attorney.stuart@yahoo.com / Email

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, MS 38804
662.840.0270 / Phone
662.840.1047 / Facsimile
fleitasv@bellsouth.net / Email

Attorney for Carla Blake

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017 I electronically filed the foregoing with

the Clerk of the Court using the ECF system which sent notification of such filing to the

following:

James A. Bobo, Esq.
Office of the Attorney General
Post Office Box 220
Jackson, Mississippi 39205
jbobo@ago.state.ms.us

Tommy Dexter Cadle, Esq.
Cadle & Floyd
101 South Main Street
Booneville, Mississippi 38829

Andrew W. Stuart, II, Esq.
Attorney at Law
204 North Spring Street
Tupelo, Mississippi 38804
attorney.stuart@yahoo.com

This the 10th day of October, 2017.

/s/ Victor Israel Fleitas

VICTOR I. FLEITAS

3