# GENERAL AFFIDAVIT

THE STATE OF MISSISSIPPI

Prentiss County

Before Me, _Austin Martin_ a Justice Court Clerk

of Prentiss County, in Justice District No. _____ School Attendance Officer,

__Don Lambert, 300B West George E. Allen Drive, Booneville, MS__ makes affidavit that

__CARLA BLAKE__ , on or about __05/22/2014__ in the County aforesaid, in said Justice's

District:

DID WILLFULLY AND LAWFULLY CONTRIBUTE TO THE DELINQUENCY OF

_S,_ __W.__ A CHILD 6 YEARS OF AGE, BY REFUSING TO OR

WILLFULLY FAILING TO MAKE SURE THAT SAID CHILD ENROLLS IN AND

ATTENDS SCHOOL AS REQUIRED BY MISSISSIPPI COMPULSORY SCHOOL

ATTENDANCE LAW IN VIOLATION OF 97-5-39(1) (37-13-91)

Against the peace and dignity of the State of Mississippi.

Don Lambert
School Attendance Officer
300B West George E. Allen Drive
Booneville, MS 38829
(662) 728-2969 or (662) 554-8035

Sworn to and subscribed before me, this _10th_ day of _June_ , 2014

Justice Court Clerk/Deputy Clerk

Exhibit "A"