Case: 1:17-cv-00089-SA-DAS Doc #: 17-2 Filed: 10/10/17 1 of 1 PageID #: 84

Warrant# 140349    Justice Court Warrant    Book 218   Page   540
Record#  140349                           Date of Offense   05/22/2014

STATE OF MISSISSIPPI
TO ANY LAWFUL OFFICER OF PRENTISS COUNTY JUSTICE COURT CLERK
We command you forthwith to take the body of:

    BLAKE, CARLA

    287 HWY 364
    BOONEVILLE, MS 38829
and bring him before the undersigned, a Justice Court Judge of said
County, to answer the State of Mississippi on a charge of:

    CHILD, CONT. TO DELINQUENCY
    97-5-39(1)

Witness my hand as Judge with the seal of said court hereto affixed this
11th day of        June, 2014.

Amount of Bail_____
Return Date   _____
                                        _____
                                          Justice Court Judge

DRIVER'S LICENSE #

SOCIAL SECURITY #

DATE OF BIRTH        00 00 0000

Prentiss County Justice Court
19010 East Chambers Drive
Booneville, MS  38829
(662) 728-8696  Phone
(662) 728-2009  Fax

PCSO + Harry                          6/12/14

Exhibit "B"