## IN THE JUSTICE COURT OF PRENTISS COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
COUNTY OF PRENTISS

DOCKET __218__
PAGES __547__

CASE NUMBER _____

### AFFIANT / VICTIM'S REQUEST TO DROP CHARGES

I, the undersigned Affiant and/or Victim in charges brought against __Carlk Blake__ _____, Defendant(s), as indicated in the above referred to Docket and Pages and/or Case Number of this Court, do hereby request that the Prosecuting Attorney for the State of Mississippi move the Court to drop the charges.

In connection herewith after having been first duly and properly sworn I do state under my oath or affirmation as follows:

1. I am the Affiant and/or Victim who signed the Affidavit or am the victim in same or in an Indictment regarding the charges against the named Defendant.

2. This Request is made freely, voluntarily and knowingly on my part.

3. This Request is made without threat, promise, coercion or duress from the Defendant, any of his family, friends, attorneys or any others.

4. This oath or affirmation is given as an inducement to the Prosecuting Attorney and the Court to drop the charges against the Defendant as indicated in said Docket and Pages or Case Number.

5. The reasons that I am making this request are: _I filed an affidavit on the wrong person by mistake_ _____

6. I am aware and understand that I may remain subject to charges of malicious prosecution or others from the Defendant or others as a result of bringing said charges and/or requesting the dropping of said charges, but I reiterate my request so to do.

7. I guarantee to pay all costs and assessments assessed in this cause as ordered and/or directed by the Court prior to the granting of my request herein by the Court.

8. That I am informed and aware that the dropping of these charges may prevent them from ever being brought back again.

9. I am aware that this oath is given under penalty of law for untruthfulness by either perjury, contempt, sanctions, or felony prosecution under Section 97-7-10 of the Mississippi Code 1972 Annotated or other applicable laws or rules for making a false statement, and that this Request and sworn statement are true and correct as stated herein.

_____
AFFIANT / VICTIM

SWORN TO AND SUBSCRIBED BEFORE ME, this the __17__ day of __June__ __2014__.

_____
JUDGE / CLERK

### STATE'S MOTION

COMES NOW the State of Mississippi by the undersigned Prosecuting Attorney and respectfully moves the Court to (dismiss with prejudice) (dismiss without prejudice) (retire the above referred to charges to the file) (nolle prosequi) the above referred to charges against the Defendant based upon the Request and sworn statements of the Affiant/Victim given above.

RESPECTFULLY SUBMITTED, this the __17th__ day of __June__ __2014__.

STATE OF MISSISSIPPI

By: _____
COUNTY PROSECUTING ATTORNEY
PRENTISS COUNTY, MISSISSIPPI

### ORDER

The above Motion of the State's Prosecuting Attorney to grant the Request of the Affiant/Victim against the Defendant, _____, be and the same is hereby sustained and this Order shall take full force and effect upon payment of all costs and assessments due herein.

ORDERED AND ADJUDGED, this the __17th__ day of __June__ __2014__.

_____
JUDGE

Exhibit "C"