## DECLARATION OF JOSH ALDRIDGE

I, Josh Aldridge, submit this Declaration pursuant to 28 U.S.C. § 1746.

1. My name is Josh Aldridge. I am over the age of eighteen and competent to give this declaration.

2. A short time after the arrest of Carla Blake, I spoke with Don Lambert about her arrest.

3. Mr. Lambert told me that he had wrongly had Carla Blake arrested on a charge involving a child.

4. Mr. Lambert told me that he had previously spoken to Carla Blake, before her arrest, and was aware that the child had been returned to the custody of the mother and that Carla Blake was no longer responsible for the child.

5. Mr. Lambert told me that he had gone after the wrong person.

6. Some time later, Mr. Lambert told me that he thought that Carla Blake did not have a leg to stand on against him because her name was still listed on the paperwork at the child's school.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed on June _____, 2016.

_____
JOSH ALDRIDGE

Exhibit "D"