IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CARLA BLAKE                                                                                          PLAINTIFF

V.                                                                 CIVIL ACTION NO. 1:17-CV-89-SA-DAS

DON LAMBERT, and
PRENTISS COUNTY                                                                                DEFENDANTS

ORDER

For all of the reasons fully explained in a separate memorandum opinion issued this same day, Defendant Don Lambert's Motion to Dismiss and for Qualified Immunity [9] is DENIED without prejudice.

So ORDERED on this the 9th day of March, 2018.

                                                    /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT COURT JUDGE