IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CARLA BLAKE                                                                                          PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:17-CV-89-SA-DAS

DON LAMBERT, and
PRENTISS COUNTY                                                                              DEFENDANTS

ORDER

After this Court's summary judgment ruling, the Defendants appealed to the Fifth Circuit Court of Appeals. *See* Notice of Appeal [33]. After conferring with the Parties, the Court finds that this case should be stayed pending the outcome of the appeal to protect the interests of the Parties, and to preserve judicial resources and economy. The Court now administratively closes this case pending the resolution of the appeal. The Case will be reopened after notice on the docket that the appeal is resolved. This CASE is ADMINISTRATIVELY CLOSED.

It is SO ORDERED, on this the 1st day of October, 2018

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE