# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| **CARLA BLAKE** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 1:17cv89-SA-DAS** |
| **DON LAMBERT and** | |
| **PRENTISS COUNTY** | **DEFENDANTS** |

## ORDER

In light of the continuance of the trial, the court finds that the unopposed motion for the extension of motions deadline to July 29, 2020 is granted, nunc pro tunc.

**SO ORDERED,** this the 14th day of August, 2020.

/s/ **David A. Sanders**
**U.S. MAGISTRATE JUDGE**