IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CARLA BLAKE                                                    PLAINTIFF

VS.                                               CIVIL ACTION NO. 1:17-CV-89-SA-DAS

DON LAMBERT, et al.                                         DEFENDANTS

## ORDER

The Defendant, Prentiss County, has filed a Motion to Seal [68]. In its Motion [68], Prentiss County states that it inadvertently attached to its Motion for Summary Judgment [66-2] an original version of a document containing confidential information, instead of a redacted version. Prentiss County requests that it be permitted to rectify this issue.

The Motion [68] is GRANTED. The Clerk of Court is directed to immediately restrict Exhibit 2 to the Motion for Summary Judgment [66-2] so that it may be viewed only by case participants. The Defendant shall submit a redacted version of Exhibit 2 to the Court on or before September 14, 2020. The Clerk of Court shall substitute the redacted version of Exhibit 2 upon receipt.

SO ORDERED, this the 9th day of September, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE